**10 West Elm Street Building Corporation, defendant in error, v. W. L. Maclaskey, plaintiff in error. Gen. No. 34,325.**

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Harold O. Mulks, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

**William H. Tegtmeyer et al., complainants and appellees, v. Daisy S. Tegtmeyer et al., defendants, on appeal of Daisy C. Tegtmeyer, appellant. Gen. No. 34,375.**

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Joseph A. Graber and Simon P. Gary, for appellant. Lord, Wire & Cobb and Mohland & Kuhlemeier, for certain appellees. John Harrington, guardian *ad litem* for appellees Lillian T. Wilson and Albert Nave Wilson; G. L. Wire, A. C. Wetterstorm and L. Duncan Lloyd, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

**G. A. Spelson for the use of William Cran and D. A. Speliotopolus, appellees, v. Joseph Leiter et al., trustees under the last will of Levi Z. Leiter, deceased, appellants. Gen. No. 34,408.**

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.

Mayer, Meyer, Austrian & Platt, for appellants. Stephen A. Cross and W. L. Murray, for appellees.

Mr. Justice Gridley delivered the opinion of the court.